# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

## ELECTRONIC CERTIFICATION

I hereby attest and certify on August 30, 2002
that the foregoing document is a full, true and correct copy of the original
on file in my office and in my custody.

CLERK, U. S. DISTRICT COURT
DISTRICT OF ARIZONA

By _____ Deputy Clerk

Electronic Certification Issued pursuant to General Order 99-3

Verification Code__XSDQSVhk\hT

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | Case No. | CR-98-01503-TUC-FRZ(GEE) |
| v. | | |
| MICHAEL JOHNSON | | |

```
                      FILED ____ LODGED
                      ____ RECEIVED ____ COPY

                           AUG 30 2002

                      CLERK U S DISTRICT COURT
                        DISTRICT OF ARIZONA
                      BY _____ DEPUTY
```

## JUDGMENT AND COMMITMENT
## FOLLOWING REVOCATION OF PROBATION

USM#: 06284-196     DOB: 7/19/75     SSN: 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

<u>Richard C. Bock, CJA</u>
Attorney for Defendant

On June 4, 2001, the defendant, present with counsel, appeared for sentencing for violating Title 21, USC §963, Conspiracy to Import Marijuana, a Felony offense, as charged in Count 1 of the Indictment.

The defendant was placed on probation for a term of **FIVE (5) YEARS** on Count 1 of the Indictment.

On May 23, 2002, the United States Attorney filed a petition to revoke the term of Probation as reflected in the petition to revoke filed in this matter an **AMENDED** petition was filed on July 12, 2002.

On July 24, 2002, the defendant appeared with counsel and admitted to violating allegation #1 & 2 in the Amended petition to revoke filed in this matter.

**IT IS ORDERED**, the term of Probation imposed on the defendant is hereby **REVOKED** and the defendant is committed to the custody of the Bureau of Prisons for a period of **NINE (9) MONTHS**, WITH CREDIT FOR TIME SERVED. Upon release from imprisonment the defendant shall serve a term of **THIRTY-SIX (36) MONTHS** of Supervised Release. Additional conditions to the standard conditions of probation are as follows: 1) YOU SHALL RESIDE AND PARTICIPATE IN A COMMUNITY CORRECTIONS CENTER OR DRUG TREATMENT PROGRAM FOR UP TO 180 DAYS FOLLOWING COMPLETION OF THE CUSTODY PORTION OF SENTENCE AND SHALL COMPLY WITH THE RULES OF THE FACILITY. 2) You shall participate as instructed by the probation officer in a program of substance abuse treatment which may include testing for substance abuse. You shall contribute to the cost of treatment in an amount to be determined by the probation officer. 3) You shall submit to search of person, property, vehicles, business, and residence to be conducted in a reasonable manner and at a reasonable time by, or at the direction of, the probation officer. 4) You shall abstain from all use of alcohol or alcoholic beverages. 5) You shall pay a fine in the total amount of $2,700.00, with credit for payments already made. The Court recommends that the defendant be placed in a FEDERAL INSTITUTION AT FCI-PHOENIX.

THE DEFENDANT IS ADVISED OF THE RIGHT TO APPEAL THE IMPOSED SENTENCE BY FILING A NOTICE OF APPEAL WITHIN 10 DAYS FROM THE IMPOSITION OF SENTENCE..

<u>AUGUST 21, 2002</u>
Date of Imposition of Sentence

<u>/s/ Frank R. Zapata</u>        <u>8-29-02</u>
FRANK R. ZAPATA                  Date
U.S. DISTRICT JUDGE

FRZ, MARLOWE, PO, BOCK, USM(2cc), OB, FINANCE